UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIVIA M. SCOTTO,<br><br>        Plaintiff,<br><br>v.<br><br>STATE FARM INSURANCE FLORIDA CO., *et al.*,<br><br>        Defendants. | Case No. 2:25-cv-12546(BRM)(SDA)<br><br>**ORDER** |

**THIS MATTER** is before the Court following the Court's order dated September 16, 2025, wherein it granted Plaintiff Livia M. Scotto's ("Plaintiff") application to proceed *in forma pauperis*, screened and dismissed the case, and granted Plaintiff leave to amend by October 7, 2025. (ECF No. 8.) Plaintiff was advised that failure to file an amended complaint would result in dismissal with prejudice. (*Id.*) To date, the Court has not received an amended complaint from Plaintiff.

Accordingly, for good cause shown,

**IT IS** on this 15th day of October 2025,

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk shall mail a copy of this Order to Plaintiff.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

1